UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,

    Plaintiff,

v.                                                              Crim. No. 06-254(2) (JNE/AJB)
                                                              ORDER

Demicio Ruiz Leal,

    Defendant.

This case is before the Court on a Report and Recommendation issued by the Honorable Arthur J. Boylan, United States Magistrate Judge, on September 12, 2006. The magistrate judge recommended that Demicio Ruiz Leal's Motion for Suppression of Evidence from Search and Seizure be denied. Leal objected to the Report and Recommendation, and the Government responded. Based on a de novo review of the record, the Court adopts the Report and Recommendation. Therefore, IT IS ORDERED THAT:

1. Leal's Motion for Suppression of Evidence from Search and Seizure [Docket No. 27] is DENIED.

Dated: October 24, 2006

                                                           s/ Joan N. Ericksen
                                                           JOAN N. ERICKSEN
                                                           United States District Judge